## SCIOLINO v. TD WATERHOUSE INVESTOR SERVS., INC.

No. 240P02

Case below: 149 N.C. App. 642

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

## SHARPE v. SHARPE

No. 315P02

Case below: 150 N.C. App. 421

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

## SQUIRES v. JIM WALTER HOMES, INC.

No. 343P02

Case below: 150 N.C. App. 438

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 August 2002.

## STATE v. ALEXANDER

No. 408P02

Case below: 151 N.C. App. 598

Motion by defendant for temporary stay allowed 8 August 2002 pending determination of petition for discretionary review.

## STATE v. ALLEN

No. 43P02

Case below: 147 N.C. App. 786

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 August 2002.